UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 31 P 12:02

| | |
|---|---|
| REXON INDUSTRIAL CORP., LTD., RUEY-ZON CHEN, GEORGE KU, WAYNE HUANG and ERIC LO, | : |
| Plaintiffs, | : CIVIL ACTION NO. 302CV259 (SRU) |
| v. | : |
| RYOBI TECHNOLOGIES, INC., | : |
| Defendant. | : DECEMBER 30, 2003 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiffs Rexon Industrial Corp., Ltd. ("Rexon"), Ruey-Zon Chen, George Ku, Wayne Huang and Eric Lo (collectively, "Plaintiffs"), and defendant Ryobi Technologies, Inc. ("Ryobi"), hereby stipulate that: (1) all causes of action in the lawsuit be dismissed with prejudice; and (2) each party shall bear its own costs and attorneys' fees.

Dated: December 19, 2003

REXON INDUSTRIAL CORP., LTD.,
RUEY-ZON CHEN, GEORGE KU, WAYNE
HUANG and ERIC LO,
PLAINTIFFS,

By  *C. E. Grondahl*
Mark D. Giarratana (ct10410)
E-mail: mgiarratana@mccarter.com
Eric B. Grondahl (ct08988)
E-mail: egrondahl@mccarter.com
McCarter & English
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495
Telephone: (860) 275-6719
Facsimile: (860) 724-3397


RYOBI TECHNOLOGIES, INC.,
DEFENDANT,

By  Chad A. Landmon / EDB
James D. Veltrop (ct16325)
E-mail: jdv@avhlaw.com
Chad A. Landmon (ct20932)
E-mail: cal@avhlaw.com
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702
Telephone: (860) 275-8100
Facsimile: (860) 275-8101

# EXHIBIT A