UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
02CV259STIPDSM
2003 DEC 31  P 12:02

REXON INDUSTRIAL CORP., LTD.,
RUEY-ZON CHEN, GEORGE KU,
WAYNE HUANG and ERIC LO,

    Plaintiffs,

v.

RYOBI TECHNOLOGIES, INC.,

    Defendant.

CIVIL ACTION NO.
302CV259 (SRU)

DECEMBER 30, 2003

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiffs Rexon Industrial Corp., Ltd. ("Rexon"), Ruey-Zon Chen, George Ku, Wayne Huang and Eric Lo (collectively, "Plaintiffs"), and defendant Ryobi Technologies, Inc. ("Ryobi"), hereby stipulate that: (1) all causes of action in the lawsuit be dismissed with prejudice; and (2) each party shall bear its own costs and attorneys' fees.

[Handwritten sideways annotation:] APPROVED. The case is hereby dismissed with prejudice and each party shall bear its own costs and attorneys' fees. The clerk is instructed to close the file. So ordered.

Stefan R. Underhill
United States District Judge
01/07/04

FILED
2004 JAN -7 P 4:44
US DISTRICT COURT
BRIDGEPORT CT